# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

142960

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SCOTT THOMAS ZIELINSKI,
      Plaintiff-Appellant,

v

JUSTIN KALLO, JOHNATHAN KALLO, DON
A. KALLO, JOHNSON ACHO and JOHN-LIN,
INC., d/b/a NICK'S PARTY STOP,
      Defendants-Appellees.

SC: 142960
COA: 295424
Macomb CC: 2009-001738-NO

_____/

      On order of the Court, the application for leave to appeal the March 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

t0829